JUL 14 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:09cv763__, Case Name __Denise Burgess__
Parties Represented by Applicant: __The Honorable Pete Geren, Secretary of the Army__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Harry Lee__
Bar Identification Number __413056__    State __District of Columbia__
Firm Name __Steptoe & Johnson LLP__
Firm Phone # __202-429-3000__    Direct Dial # __202-429-8112__    FAX # __202-429-3902__
E-Mail Address __hlee@steptoe.com__
Office Mailing Address __1330 Connecticut Ave NW, Washington, DC 20036__

Name(s) of federal court(s) in which I have been admitted __US District Court for the District of Columbia; US District Court for the District of Maryland; US Court of Federal Claims; US Court of Appeals for the Second, Fourth, and Seventh Circuits; US Court of Appeals for the District of Columbia; US Supreme Court__

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    7/10/09
__Catherine Cockerham__    (Date)
(Typed or Printed Name)

Court Use Only: T.F.

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
James C. Cacheris    7/14/09
United States District Judge    (Date)