# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| DENISE BURGESS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.   1:09-cv-763 |
| | ) | JCC/JFA |
| | ) | |
| PETE GEREN, | ) | |
|     Secretary of the Army, | ) | |
|         Defendant. | ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Pete Geren, Secretary of the Army, by and through the undersigned United States Attorney, and pursuant to Fed. R. Civ. P. 56, respectfully moves this Court to grant summary judgment in his favor.  The reasons for granting summary judgment are explained in the memorandum being filed contemporaneously with this motion.

Respectfully Submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By:                      s/
KEVIN J. MIKOLASHEK
Assistant United States Attorney
United States Attorney's Office
Justin W. William United States
    Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:   (703) 299-3809
Facsimile:   (703) 299-3983
Kevin.mikolashek@usdoj.gov
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following filing user:

Catherine Cockerham, Esq.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington D.C. 20036-1795

                                    /s
                            KEVIN J. MIKOLASHEK
                            Assistant United States Attorney
                            United States Attorney's Office
                            Justin W. William United States
                                Attorney's Building
                            2100 Jamieson Avenue
                            Alexandria, VA 22314
                            Telephone:     (703) 299-3809
                            Facsimile:     (703) 299-3983
                            Kevin.mikolashek@usdoj.gov
                            *Counsel for Defendant*

Copies furnished:
R. Brian Bohlen
U.S. Army Litigation Division
U.S. Army Legal Services Agency
901 North Stuart Street, Suite 700
Arlington, Virginia 22203

Luis A. Reyes
General Counsel
Special Inspector General for Iraq Reconstruction
400 Army Navy Drive
Arlington, Virginia 22202