# Exhibit 2

# SIGIR (STAFFING) TABLE 30

updated 1/26/2007

Command Name: Special Inspector General for Iraq Reconstruction

| Position Number | Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | Congressional and Public Affairs | | | | | | |
| 201 | Cowart, Marthena | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Vacant | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | Jancizek, Paul; Proj EOD; 2/26 |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | |
| 204 | Ashwell, Ariel | Special Assistant to the AIG | 301 | 3161 | DC | 12 | |
| 205 | Burgess, Denise | AIG-Public Affairs | 301 | Detailed | DC | SES | Burgess, Denise; EOD 2/4 |
| 206 | Belisle, Kristine | Deputy AIG for Public Affairs | 1035 | 3161 | DC | 14 | |

129

# SIGIR (STAFFING) TABLE 30

updated 3/5/2007

Command Name: Special Inspector General for Iraq Reconstruction

| Position Number | Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | Congressional and Public Affairs | | | | | | |
| 201 | Cowart, Marthena | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Vacant | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | Jancizek, Paul; Proj EOD; 3/12 |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | |
| 204 | Vacant | Special Assistant to the AIG | 301 | 3161 | DC | 12 | |
| 205 | Burgess, Denise | AIG-Public Affairs | 301 | 3161 | DC | SES | |
| 206 | Belisle, Kristine | Deputy AIG for Public Affairs | 1035 | 3161 | DC | 14 | |

130

# SIGIR (STAFFING) TABLE 30

updated 4/5/2007

Command Name: Special Inspector General for Iraq Reconstruction

| Position Number | Organizational Structure — Name | Organizational Code — Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | Congressional and Public Affairs | | | | | | |
| 201 | Cowart, Marthena | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Jancizek, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | |
| 204 | Vacant | Special Assistant to the AIG | 301 | 3161 | DC | 12 | |
| 205 | Burgess, Denise | AIG-Public Affairs | 301 | 3161 | DC | SES | |
| 206 | Belisle, Kristine | Deputy AIG for Public Affairs | 1035 | 3161 | DC | 14 | |

131

# SIGIR (STAFFING) TABLE 30

updated 5/3/2007

| Command Name: | Special Inspector General for Iraq Reconstruction | | | | | |
|---|---|---|---|---|---|---|
| Organizational Structure | Organizational Code | | | | | |

| Position Number | Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | Congressional and Public Affairs | | | | | | |
| 201 | Cowart, Marthena | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Jancizek, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | |
| 204 | Vacant | Special Assistant to the AIG | 301 | 3161 | DC | 12 | |
| 205 | Burgess, Denise | AIG-Public Affairs | 301 | 3161 | DC | SES | |
| 206 | Vacant | Deputy AIG for Public Affairs | 301 | 3161 | DC | 14 | Buge, H. |

132

# SIGIR
# (STAFFING)
# TABLE 30   *updated 7/10/2007*

| | Command Name: | Special Inspector General for Iraq Reconstruction | | | | | |
|---|---|---|---|---|---|---|---|
| 200 | **Congressional and Public Affairs** | | | | | | |
| 201 | Weinberg, Hillel | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Jancizek, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | Lvs 11/07 |
| 204 | Coward, Marthena | Senior Advisor for Congressional Affairs | 301 | 3161 | DC | SES | |
| 205 | Burgess, Denise | AIG-Public Affairs | 301 | 3161 | DC | SES | |
| 206 | Vacant | Public Affairs Specialist | 1035 | 3161 | DC | 14 | Recruiting |

133

# SIGIR (STAFFING) TABLE 30    updated 8/10/2007

Command Name: Special Inspector General for Iraq Reconstruction
UIC: W4XEAA



| Position Number | Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | Congressional and Public Affairs | | | | | | |
| 201 | Weinberg, Hillel | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Jancizek, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | |
| 203 | Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | |
| 204 | Coward, Marthena | Senior Advisor for Congressional Affairs | 301 | 3161 | DC | SES | Lvs 9/8/07 |
| 205 | Belisle, Kristine | Public Affairs Director | 1035 | 3161 | DC | 15 | |
| 206 | Vacant | Public Affairs Specialist | 301 | 3161 | DC | 14 | |

# SIGIR
# (STAFFING)
# TABLE 30

Command Name: Special Inspector General for Iraq Reconstruction

| Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|
| **Congressional and Public Affairs** | | | | | | |
| Weinberg, Hillel | AIG - Congressional | 301 | 3161 | DC | SES | |
| Jancizek, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 14 | Lvs 9/07 |
| Blackwood, Sylvia | Media Chief | 1035 | 3161 | DC | 13 | Appt Ends 11/07 |
| Vacant | Senior Advisor for Congressional Affairs | 301 | 3161 | DC | 12 | |
| Belisle, Kristine | Public Affairs Director | 1035 | 3161 | DC | 15 | |
| Vacant | Public Affairs Specialist | 301 | 3161 | DC | 14 | |



135

## SIGIR (STAFFING) TABLE 30 *Nov-07*

Command Name: Special Inspector General for Iraq Reconstruction

| Position Number | Name | Title | Position Description # | Status | Location | ES/GS EQUIV | Recruitment Target |
|---|---|---|---|---|---|---|---|
| 200 | **Congressional and Public Affairs** | | | | | | |
| 201 | Weinberg, Hillel | AIG - Congressional | 301 | 3161 | DC | SES | |
| 202 | Cooksey, Paul | Deputy AIG for Congressional Affairs | 301 | 3161 | DC | 15 | |
| 206 | Belisle, Kristine | Public Affairs Director | 1035 | 3161 | DC | 15 | |


136