# Exhibit 4

**Burgess, Denise Ms SIGIR**

From: Cruz, Ginger M Ms SIGIR
Sent: Wednesday, May 02, 2007 6:45 PM
To: Burgess, Denise Ms SIGIR
Subject: RE: URGENT....URGENT.....URGENT (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Denise,

Thanks for keeping me in the loop. Good work on the Reuters comments.

Cheerio,

Ging

Ginger M. Cruz
Senior Advisor to the Inspector General
Special Inspector General for Iraq Reconstruction (SIGIR)
(703) 428-1044
www.sigir.mil

-----Original Message-----
From: Burgess, Denise Ms SIGIR
Sent: Wednesday, May 02, 2007 6:43 PM
To: Cruz, Ginger M Ms SIGIR
Subject: FW: URGENT....URGENT.....URGENT (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

FYI.

So far the only person to call on the investigation story is WP and they don't think it's much of a story but will write something to CYA -- as we predicted.

-----Original Message-----
From: ANTHONY CAPACCIO, BLOOMBERG/ NEWSROOM: [mailto:acapaccio@bloomberg.net]
Sent: Wednesday, May 02, 2007 4:07 PM
To: Burgess, Denise Ms SIGIR
Subject: Re: URGENT....URGENT.....URGENT (UNCLASSIFIED)

Hi..error avoided...
On another subject -- can you put me in phone contact with your Labor Department Defense Base Act expert, per the ``Human Toll'' discussion on Page 11...The re's a story here in terms of increase in deaths and benefit issues..Tony..
Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

263

1

Gmail - thanks again                                                    Page 1 of 1

    Denise Burgess <burgess.denise@gmail.com>

## thanks again
1 message

Ginger Cruz <ginger.cruz@yahoo.com>                    Wed, May 9, 2007 at 7:10 PM
To: burgess.denise@gmail.com

Denise,

I wanted to thank you again - a heartfelt and personal thanks - for all your help and professional advise. I know we did not start out on the smoothest of roads - but as usual its always a crisis that will bring folks together. I look forward to our continued collaboration at work as well as some socializing if you can fit it into your schedule :)

Attached is Jorge's resume. Any leads you may have are very much appreciated.

Cheers,

Ginger

---

Ahhh...imagining that irresistible "new car" smell?
Check out new cars at Yahoo! Autos.

---

 JERCV2K7_oil_v4.DOC
51K

264

| Award Nomination for: | DENISE BURGESS |
|---|---|

Nominating Official:   Stuart Bowen, Inspector General
Type of Award:         Special Service/Act Award
Date:                  May 30, 2007

I nominate Denise Burgess, for a Superior Accomplishment Award for her efforts in furthering the mission of the Special Inspector General for Iraq Reconstruction (SIGIR) as the Assistant Inspector General for Public Affairs.

Ms. Burgess developed a highly crafted strategy and well orchestrated message for the IG to make a spirited defense of the necessity of the IG, primarily to the Departments of Defense and State. This is principally due to the efforts of Denise Burgess in developing a clear message to explain to the powers-that-be how worthwhile the SIGIR's work is to the success of the Iraq reconstruction efforts.

SIGIR is required by law to publish a quarterly report to Congress and Denise Burgess continues to advise the IG and coordinate with the Assistant Inspector General for Information Services in conceptualizing our theme and succinct message to Congress and the public for our quarterly reports. These quarterly reports are the major work product of the organization and the increasing value placed on the earlier SIGIR reports was a direct result of Denise Burgess's heavy involvement and expertise.

Ms. Burgess was instrumental in advising and assisting the IG in establishing contacts and providing interviews and participating in various discussion forums with foreign governments and media agencies. These opportunities to gather periodically and to discuss the current state of Iraq reconstruction has proven very useful in not only sharing information but eliminating misinformation concerning Iraq reconstruction.

Denise Burgess has led the way to ensure the actions of SIGIR are transparent to the public through the varied media services. She has worked tirelessly and tediously to present both the organization and the IG before the public with a well coordinated and thoughtful message concerning our oversight responsibilities, our achievements, and our challenges.

For the reasons listed above I nominate Ms. Denise Burgess for a Superior Accomplishment Award. The SIGIR is a better organization and is more effective today due to her efforts and experience.



# SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION

May 31, 2007

Ms. Denise Burgess
Assistant Inspector General, Public Affairs
Special Inspector General for Iraq Reconstruction
█████████

Dear Ms. Burgess:

I commend you for your meritorious service while assigned to the Special Inspector General for Iraq Reconstruction (SIGIR) in support of the mission in Washington, D.C., and Baghdad, Iraq. Your outstanding efforts, under very demanding conditions, continue to be instrumental to the overall success of SIGIR's mission.

Your expertise and commitment have greatly enhanced the recognition of SIGIR as a unique resource – one that can be relied upon by the American people to provide objective and comprehensive oversight of the rebuilding of Iraq. In recognition of your superior accomplishments and your many contributions to successful operations, I was pleased to approve an $8,500 Cash Award for you. The award should be reflected in your up coming pay check.

Your exemplary service on the job has brought great credit to you, the Special Inspector General for Iraq Reconstruction, and the United States Government. Keep up the great work.

Stuart W. Bowen, Jr.
Inspector General

266

400 Army Navy Drive • Arlington, Virginia 22202

# INCENTIVE AWARD NOMINATION AND APPROVAL

For use of this form, see AR 672-20; the proponent agency is Office of the Deputy Chief of Staff for Personnel

## PART I - TO BE COMPLETED BY OPERATING OFFICE

| 1. EMPLOYEE'S LAST NAME - FIRST NAME - MI | 2. SOCIAL SECURITY NO. | 3. ORGANIZATION (No abbreviations) |
|---|---|---|
| Burgess, Denise N. | [REDACTED] | Special Inspector General for Iraq Reconstruction |

| 4. PRESENT POSITION, TITLE, GRADE AND SALARY | 5. POSITION HELD DURING PERIOD COVERED IN NOMINATION (If other than that shown in Item 4) |
|---|---|
| AIG - Public Affairs, AD-0301-00, $144,400.00 | |

### 6. TYPE OF AWARD RECOMMENDED

ALL NOMINATIONS WILL BE JUSTIFIED AND INCLUDE THE DOCUMENTATION REQUIRED BY DA PAM 672-20

**a. HONORARY**
- [ ] DECORATION FOR EXCEPTIONAL CIVILIAN SERVICE
- [ ] COMMANDER'S AWARD FOR CIVILIAN SERVICE
- [ ] MERITORIOUS CIVILIAN SERVICE AWARD
- [ ] ACHIEVEMENT MEDAL FOR CIVILIAN SERVICE
- [ ] SUPERIOR CIVILIAN SERVICE AWARD
- [ ] CERTIFICATE OF ACHIEVEMENT
- [ ] OTHER (Specify)

**b. MONETARY**
- [ ] QUALITY STEP INCREASE
- [ ] PERFORMANCE AWARD $
- [✓] SPECIAL ACT/SERVICE AWARD $ 8,500
- [ ] ON-THE-SPOT CASH AWARD $
- [ ] TIME OFF AWARD

**PERIOD OF SERVICE TO BE RECOGNIZED (MO/YR - MO/YR)** 02/07 - 05/07

### 7. NOMINATING OFFICIAL

| a. TYPED NAME AND TITLE | b. SIGNATURE | c. TELEPHONE NUMBER AREA CODE (703) | d. DATE |
|---|---|---|---|
| Stuart Bowen, Inspector General | /s/ Stuart W. Bowen | 428-1100 | 05/31/2007 |

## PART II - TO BE COMPLETED ONLY FOR AWARDS FORWARDED TO HQDA (DAPE-CPL)

8. INDICATE IF NOMINATION IS CONSISTENT WITH PARAGRAPH 2-2 IN AR 672-20 (Circle yes or no - if no, please explain on separate page)

| | a. TYPED NAME EQUAL EMPLOYMENT OPPORTUNITY OFFICER | b. SIGNATURE | c. DATE |
|---|---|---|---|
| YES / NO | | | |

| | d. TYPED NAME CIVILIAN PERSONNEL OFFICER | e. SIGNATURE | f. DATE |
|---|---|---|---|
| YES / NO | | | |

## PART III - TO BE COMPLETED BY LOCAL INCENTIVE AWARDS COMMITTEE - RECOMMEND

9. APPROVAL [✓]   DISAPPROVAL [ ]   OTHER [ ]

### COMPLETE FOR MONETARY AWARDS RECOMMENDED

| AMOUNT RECOMMENDED $ | TANGIBLE MONETARY BENEFITS $ | INTANGIBLE BENEFITS | ESTIMATED FIRST YEAR SAVINGS $ |
|---|---|---|---|
| | | | |

## PART IV TO BE COMPLETED BY APPROPRIATE APPROVING AUTHORITY (IES)

| ACTION LEVEL | APPROVED (monetary indicate amount) | DIS-APPROVED | ADDITIONAL CASH AWARD | SIGNATURE, TITLE AND DATE |
|---|---|---|---|---|
| 10. LOCAL COMMITTEE CHAIRPERSON | | | | |
| 11. INSTALLATION COMMANDER OR DESIGNATED REPRESENTATIVE | $8,500 | | | /s/ Stuart W. Bowen, Inspector General |
| 12. MAJOR COMMAND REVIEW COMMITTEE | | | | |
| 13. COMMANDER OF MAJOR COMMAND OR DESIGNATED REPRESENTATIVE | | | | |
| 14. DEPARTMENT OF THE ARMY INCENTIVE AWARDS BOARD | | | | |

DA FORM 1256, APR 1993    EDITION OF OCT 78 MAY BE USED UNTIL EXHAUSTED    APD PE v1.10

267






Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management

**NOTIFICATION OF PERSONNEL ACTION**    *INDV*

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| JR⬛ DENISE N. | ⬛ | ⬛ | 06-26-2007 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 840 | Individual Cash Award RB |

| 5-C. Code | 5-D. Legal Authority |
|---|---|

| 5-E. Code | 5-F. Legal Authority |
|---|---|

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|

| 6-C. Code | 6-D. Legal Authority |
|---|---|

| 6-E. Code | 6-F. Legal Authority |
|---|---|

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| ASSISTANT INSPECTOR GENERAL-PUBLIC AFFAIRS<br>IQ2731 - 1138221 | ASSISTANT INSPECTOR GENERAL-PUBLIC AFFAIRS<br>IQ2731 - 1138221 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 0301 | 00 | 00 | $144,400.00 | PA | | | | | $8,500.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $144,400.00 | $0.00 | $144,400.00 | | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| DEPARTMENT OF THE ARMY<br>SPECIAL INSPECTOR GENERAL<br>FOR IRAQ RECONSTRUCTION (SIGIR)<br>400 ARMY NAVY DRIVE<br>ARLINGTON, VA  22202 | DEPARTMENT OF THE ARMY<br>SPECIAL INSPECTOR GENERAL<br>FOR IRAQ RECONSTRUCTION (SIGIR)<br>400 ARMY NAVY DRIVE<br>ARLINGTON, VA  22202 |

**EMPLOYEE DATA**

23. Veterans Preference
1 - None  3 - 10-Point/Disability  5 - 10-Point/Other
2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30%

| 23 | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 3  (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | YES  [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0 Basic + Option B (2x) | 9  Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| ⬛S and FICA | 03-03-1986 | F  Full-Time | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career Reserved | E  (E-Exempt, N-Nonexempt) | 11000000VED | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 100013 | ARLINGTON / ARLINGTON / VIRGINIA |

| 40. Agency Data | 41. PON# OA | 42. | 43. | 44. TDA DATA SJ/W4XEAA/0001/84T |
|---|---|---|---|---|

Remarks

**268**

| 45. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| ⬛ & Activities Sptd by Ofc, Sec of the Army (ARSJ) | Dawn A. Brown<br>AUTHORIZING OFFICIAL |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| | 2241 | 07-05-2007 |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

50-316       TURN OVER FOR IMPORTANT INFORMATION

# Certificate of Appreciation

Is awarded to

## Denise Burgess

Assistant Inspector General for Public Affairs,
Special Inspector General for Iraq Reconstruction

I am pleased to award Denise Burgess this certificate of appreciation for the exceptional level of service in her outstanding support of the Office of Public Affairs for the Special Inspector General for Iraq Reconstruction (SIGIR) from January 15, 2007 to September 1, 2007.

Ms. Burgess arranged numerous media interviews for both the Inspector General (IG) and Deputy Inspector General (DIG) to ensure the efforts of the office were communicated fairly and openly with the media and the public. Ms. Burgess demonstrated professionalism as she performed her duties under tight timelines and intense media interest in Iraq oversight. She also managed the various and numerous media requests and events for the senior staff and provided the record comment on behalf of the organization. Ms. Burgess provided expert advice and recommendations to the IG and DIG concerning SIGIR public message and the best methods to communicate that message to both the Congress and the public.

Ms. Burgess has made numerous contributions to the SIGIR mission. Her work in keeping with the highest standards of government service, and were of exceptional value to the United States and Iraq. Her diligent work reflects greatly on herself and the office of the Special Inspector General for Iraq Reconstruction. Delivered with respect and esteem this 7th day of July 2007.



Stuart W. Bowen, Jr.
Inspector General

269