# Exhibit 7



# SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION

March 26, 2007

Ms. Kristine R. Belisle
█████████████████
█████████████████

Dear Ms. Belisle:

Due to the reorganization of the Office of Congressional and Public Affairs, your term employment with the Office of Special Inspector General for Iraq Reconstruction (SIGIR) concludes April 27, 2007. As has been discussed, your last work day with SIGIR is Friday, March 30, 2007. You have been approved for administrative leave for the period of April 2 through April 27, 2007. Please contact Rebecca Baumann to schedule and complete on Friday, March 30, the required out processing activities. Information on the continuation of benefits will be mailed to your home address, reflected above.

You should be proud of the fine manner in which you performed your duties and in knowing that you have positively impacted the future of Iraq and its people. I wish you every success in all your future endeavors and thank you for your service to this organization, to the people of Iraq, and to the United States of America.

Respectfully,

*Janice Nisbet*

Janice Nisbet, Chief
Staffing and Operations Support

364

400 Army Navy Drive • Arlington, Virginia  22202