# Exhibit 8

**Burgess, Denise Ms SIGIR**

| | |
|---|---|
| From: | Denise Burgess [burgess.denise@gmail.com] |
| Sent: | Monday, July 23, 2007 9:47 AM |
| To: | Burgess, Denise Ms SIGIR; burgess.denise@gmail.com |
| Subject: | Fwd: |

Stuart.Bowen@sigir.mil;Robin.Raphel@sigir.mil;John.Acken@sigir.mil;Justin.Martell@sigir.mil;James.Bowers@sigir.mil;Nick.Arntson@sigir.mil;Janice.Nisbet@sigir.mil

```
---------- Forwarded message ----------
From: Denise Burgess <burgess.denise@gmail.com>
Date: Jul 23, 2007 9:04 AM
Subject:
Stuart.Bowen@sigir.mil;Robin.Raphel@sigir.mil;John.Acken@sigir.mil;Justin.Martell@
sigir.mil <http://sigir.mil>
;James.Bowers@sigir.mil;Nick.Arntson@sigir.mil;Janice.Nisbet@sigir.mil
To: Ginger.Cruz@sigir.mil <mailto:Ginger.Cruz@sigir.mil>
```

Ginger,

I have an appointment at the PCIE this morning and so I will not be in the office. I'm not sure how long they will keep me so I don't know what time I'll be in.

However, I believe we need to revisit the decision to terminate Patricia. As I told you on Thursday when you informed me of this decision, I have serious concerns about the fairness and equality of this action. I believe we need to have a robust discussion that includes the appropriate management staff, whom I have copied on this message. If we are able to do so today, we should plan to do so in a conference call as soon as you are available given your travel schedule.

Many thanks,
Denise

301

1