# Exhibit 12

SIGIR--1 February 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | ACKEN JR JOHN M | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | ADAMS JAMES R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | ALDADDAH SABAH | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | ARNTSON RICHARD G. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | ASHWELL ARIEL J | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BARBIAN RICHARD A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BAUMANN REBECCA K | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BAUM TIMOTHY P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BELISLE KRISTINE R | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BELL KAREN D | ~Black or African American~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BENEFIELD KEVIN B | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BIANCO MICHAEL A | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BLACKWOOD-BOUTELLE SY | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BOBELL GORDON F | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BONFILIO RONALD | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BOWEN, JR STUART W. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BOWERS JAMES P | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BRIGNOLO JOANNE M | ~White~ | F | AD | 1082 | 00 | NON-SUPERVISORY |
| 1 | BROWN LARRY K | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BUTLER VICTORIA A. | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BYRNE JAMES M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BYRNES ANDREW M | ~White~ | M | AD | 1105 | 00 | NON-SUPERVISORY |
| 1 | CAMPBELL FRANK R | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | COMFORT III BENJAMIN H | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | COMFORT MARK L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | CONLEY PAUL L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | CONNOLLY JR JAMES | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | COWART MARTHENA S | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CROSS JERRI M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CRUZ GINGER M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DAWSON COREY L. | ~Black or African American~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DICKRIEDE PATRICK A | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | EKLUND JOSHUA R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FERNANDEZ CATHLEEN V | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FIELDS LINDA M | ~White~ | F | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | FIELDS VELMA S. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FLORENCE ROGER H | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FLYNN BRIAN M | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FOX JENNIFER M. | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FRANKS MICHAEL J. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FURBISH GLENN D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GABRIEL ROBERT B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GAUGHEN FRANCIS X | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GRIFFITH ANDREW S | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | GRUBAUGH CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | GULLA, JR FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIGLER JR WILSON D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIRSTON FELECIA L | ~Black or African American~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | HATCHER JAMES H | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HERBAUGH MICHAEL R | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HLINKA JOAN S | ~White~ | F | AD | 0343 | 00 | NON-SUPERVISORY |

1

SIGIR--1 February 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | HUMPHREYS RICHARD D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HUNT ARLENE | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | ISOM WILLIAM P | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JOHNSON ROY H. | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | JOHNSTON ANGELINA D | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | KEAYS WALLACE R | ~American Indian or Alaska Native~W | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KEITH HUNTER D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KELLY MATTHEW B. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | KIRCHHOFF CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KLINE SHAWN D | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KOCAY ERIC M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LEHNER MARK D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LYNCH B QUINTON | ~Black or African American~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCDERMOTT JOSEPH T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCNALLY DANIEL T. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | MCVAY RICHARD P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MICHAUD RALPH S. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MOL TERAVY | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MONSON LARRY T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NASSER NASSER WAHEED | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NEVAREZ VONDENA | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NISBET JANICE E | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NOVAK JON E | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | OCONNOR KEVIN T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | PELLETIER ROBERT L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | POLLARD JAMES B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | RADER DOROTHY D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAPHEL ROBIN L. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAWAL YOGIN P. | ~Asian~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | RECIO DIANE N | ~Hispanic or Latino~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REMBOLD RONALD L | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REYES NELSON E | ~Hispanic or Latino~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHAMARI NADIA NMN | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHARPE RUTH D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SHIMP WILLIAM E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SLAYTON FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SMITH JAMES L | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SNOWDEN WESLEY D | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | SPRUILL CLIFTON E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STERNLIEB STEVEN H | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STILLER JOSEPH | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | TAYLOR KENNETH D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | TOOL KARL E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TURNER SHEILA A | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TWEEDY WILLIAM H | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | VENNER JASON G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | WHITT WILLIAM D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WILLIAMS CHRISTOPHER J. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | WILSON HAROLD J | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | WILSON LLOYD E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | WOJDA WAYNE G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | YOUNG ERICA M | ~Black or African American~ | F | AD | 0560 | 00 | SUPERVISOR OR MANAGER |
| 103 | | | | | | | |

3

SIGIR--1 March 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | ACKEN JR JOHN M | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | ADAMS JAMES R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | ALDADDAH SABAH | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | ARNTSON RICHARD G. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | ASHWELL ARIEL J. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BARBIAN RICHARD A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BAUMANN REBECCA K | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BAUM TIMOTHY P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BELISLE KRISTINE R | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BELL KAREN D | ~Black or African American~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BENEFIELD KEVIN B | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BIANCO MICHAEL A | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BLACKWOOD-BOUTELLE SY | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BOBELL GORDON F | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BONFILIO RONALD | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BOWEN, JR STUART W. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BOWERS JAMES P | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BRIGNOLO JOANNE M | ~White~ | F | AD | 1082 | 00 | NON-SUPERVISORY |
| 1 | BROWN LARRY K | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BURGESS DENISE N. | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BUTLER VICTORIA A. | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BYRNE JAMES M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BYRNES ANDREW M | ~White~ | M | AD | 1105 | 00 | NON-SUPERVISORY |
| 1 | CHILDRESS JAMES D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | COMFORT III BENJAMIN H | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | COMFORT MARK L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | CONLEY PAUL L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | CONNOLLY JR JAMES | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | COWART MARTHENA S | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CROSS JERRI M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CRUZ GINGER M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DAWSON COREY L. | ~Black or African American~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DICKRIEDE PATRICK A | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | EKLUND JOSHUA R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FERNANDEZ CATHLEEN V | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FIELDS LINDA M | ~White~ | F | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | FIELDS VELMA S. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FLORENCE ROGER H | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FLYNN BRIAN M | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FOX JENNIFER M. | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FRANKS MICHAEL J. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FURBISH GLENN D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GABRIEL ROBERT B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GAUGHEN FRANCIS X | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GRUBAUGH CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | GULLA, JR FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIGLER JR WILSON D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIRSTON FELECIA L | ~Black or African American~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | HATCHER JAMES H | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HERBAUGH MICHAEL R | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HLINKA JOAN S | ~White~ | F | AD | 0343 | 00 | NON-SUPERVISORY |

1

SIGIR--1 March 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | HUMPHREYS RICHARD D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HUNT ARLENE | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | ISOM WILLIAM P | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JOHNSON ROY H. | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | JOHNSTON ANGELINA D | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | KEAYS WALLACE R | rican Indian or Alaska Native~W | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KEITH HUNTER D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KELLY MATTHEW B. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | KIRCHHOFF CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KLINE SHAWN D | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KOCAY ERIC M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LEHNER MARK D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LYNCH B QUINTON | ~Black or African American~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MARTELL JUSTIN M | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | MCDERMOTT JOSEPH T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCNALLY DANIEL T. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | MCVAY RICHARD P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MICHAUD RALPH S. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MOL TERAVY | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MONSON LARRY T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NASSER NASSER WAHEED | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NEVAREZ VONDENA | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NISBET JANICE E | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NOVAK JON E | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | OCONNOR KEVIN T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | PELLETIER ROBERT L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | POLLARD JAMES B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | RADER DOROTHY D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAPHEL ROBIN L. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAWAL YOGIN P. | ~Asian~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | RECIO DIANE N | ~Hispanic or Latino~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REMBOLD RONALD L | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REYES NELSON E | ~Hispanic or Latino~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHAMARI NADIA NMN | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHARPE RUTH D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SHIMP WILLIAM E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SLAYTON FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SMITH JAMES L | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SNOWDEN WESLEY D | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | SPRUILL CLIFTON E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STERNLIEB STEVEN H | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STILLER JOSEPH | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | TAYLOR KENNETH D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | THOMPSON CHARLES W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | TOOL KARL E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TURNER SHEILA A | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TWEEDY WILLIAM H | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | VENNER JASON G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | WHITT WILLIAM D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WILLIAMS CHRISTOPHER J. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | WILSON HAROLD J | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | WILSON LLOYD E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | YOUNG ERICA M | ~Black or African American~ | F | AD | 0560 | 00 | SUPERVISOR OR MANAGER |
| 104 | | | | | | | |

3

SIGIR--1 April 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | ACKEN JR JOHN M | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | ADAMS JAMES R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | ALDADDAH SABAH | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | ARNTSON RICHARD G. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | BARBIAN RICHARD A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BAUMANN REBECCA K | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BAUM TIMOTHY P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BELISLE KRISTINE R | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BELL KAREN D | ~Black or African American~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BENEFIELD KEVIN B | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BIANCO MICHAEL A | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BLACKWOOD-BOUTELLE SY | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BOBELL GORDON F | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BONFILIO RONALD | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BOWEN, JR STUART W. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BOWERS JAMES P | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BRIGNOLO JOANNE M | ~White~ | F | AD | 1082 | 00 | NON-SUPERVISORY |
| 1 | BROWN LARRY K | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BUHAISSI ZIAD M | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BURGESS DENISE N. | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BUTLER VICTORIA A. | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BYRNES ANDREW M | ~White~ | M | AD | 1105 | 00 | NON-SUPERVISORY |
| 1 | CHILDRESS JAMES D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | COMFORT III BENJAMIN H | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | COMFORT MARK L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | CONLEY PAUL L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | CONNOLLY JR JAMES | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | COWART MARTHENA S | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CROSS JERRI M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CRUZ GINGER M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DAWSON COREY L. | ~Black or African American~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DICKRIEDE PATRICK A | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | EKLUND JOSHUA R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FERNANDEZ CATHLEEN V | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FIELDS LINDA M | ~White~ | F | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | FIELDS VELMA S. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FLORENCE ROGER H | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FLYNN BRIAN M | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FOX JENNIFER M. | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FRANKS MICHAEL J. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FURBISH GLENN D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GABRIEL ROBERT B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GAUGHEN FRANCIS X | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GREGORSKI CHARLES C | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GRUBAUGH CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | GULLA, JR FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIGLER JR WILSON D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIRSTON FELECIA L | ~Black or African American~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | HATCHER JAMES H | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HERBAUGH MICHAEL R | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HLINKA JOAN S | ~White~ | F | AD | 0343 | 00 | NON-SUPERVISORY |

1

SIGIR--1 April 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | HUMPHREYS RICHARD D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HUNT ARLENE | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | ISOM WILLIAM P | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JANICZEK PAUL J | ~White~ | M | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | JOHNSON ROY H. | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | JOHNSTON ANGELINA D | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | KEAYS WALLACE R | ~American Indian or Alaska Native~W | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KEITH HUNTER D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KELLY MATTHEW B. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | KIRCHHOFF CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KLINE SHAWN D | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KOCAY ERIC M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LEHNER MARK D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LINVILLE JACQUELINE F | ~Asian~ | F | AD | 2101 | 00 | NON-SUPERVISORY |
| 1 | LYNCH B QUINTON | ~Black or African American~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MARTELL JUSTIN M | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | MCDERMOTT JOSEPH T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCGEE JENNIFER H | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MCNALLY DANIEL T. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | MCVAY RICHARD P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MICHAUD RALPH S. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MOL TERAVY | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MONSON LARRY T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NASSER NASSER WAHEED | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NEVAREZ VONDENA | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NISBET JANICE E | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NOVAK JON E | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | OCONNOR KEVIN T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | PECK DONALD L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | PELLETIER ROBERT L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | POLLARD JAMES B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | RADER DOROTHY D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAPHEL ROBIN L. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAWAL YOGIN P. | ~Asian~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | RECIO DIANE N | ~Hispanic or Latino~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REMBOLD RONALD L | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REYES NELSON E | ~Hispanic or Latino~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHAMARI NADIA NMN | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHARPE RUTH D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SHIMP WILLIAM E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SLAYTON FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SMITH JAMES L | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SNOWDEN WESLEY D | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | SPRUILL CLIFTON E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STERNLIEB STEVEN H | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STILLER JOSEPH | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | TAYLOR KENNETH D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | THOMPSON CHARLES W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | TOOL KARL E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TURNER SHEILA A | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TWEEDY WILLIAM H | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |

SIGIR--1 April 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | VAIL ERICK A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | VENNER JASON G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | WHITT WILLIAM D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WILLIAMS CHRISTOPHER J. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | WILSON HAROLD J | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | WILSON LLOYD E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | YOUNG ERICA M | ~Black or African American~ | F | AD | 0560 | 00 | SUPERVISOR OR MANAGER |
| 109 | | | | | | | |

3

SIGIR--1 May 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | ACKEN JR JOHN M | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | ADAMS JAMES R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | ALDADDAH SABAH | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | ARNTSON RICHARD G. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | BARBIAN RICHARD A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BAUMANN REBECCA K | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BAUM TIMOTHY P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BELL KAREN D | ~Black or African American~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BENEFIELD KEVIN B | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BIANCO MICHAEL A | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BLACKWOOD-BOUTELLE SY | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BOBELL GORDON F | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BONFILIO RONALD | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BOWEN, JR STUART W. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BOWERS JAMES P | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BRIGNOLO JOANNE M | ~White~ | F | AD | 1082 | 00 | NON-SUPERVISORY |
| 1 | BROWN LARRY K | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BUHAISSI ZIAD M | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BURGESS DENISE N. | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BUTLER VICTORIA A. | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BYRNES ANDREW M | ~White~ | M | AD | 1105 | 00 | NON-SUPERVISORY |
| 1 | CHILDRESS JAMES D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | COMFORT III BENJAMIN H | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | COMFORT MARK L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | CONLEY PAUL L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | CONNOLLY JR JAMES | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | COWART MARTHENA S | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CROSS JERRI M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CRUZ GINGER M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DAWSON COREY L. | ~Black or African American~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DICKRIEDE PATRICK A | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | EKLUND JOSHUA R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FERNANDEZ CATHLEEN V | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FIELDS LINDA M | ~White~ | F | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | FIELDS VELMA S. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FLORENCE ROGER H | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FLYNN BRIAN M | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FOX JENNIFER M. | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FRANKS MICHAEL J. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FURBISH GLENN D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GABRIEL ROBERT B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GAUGHEN FRANCIS X | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GREGORSKI CHARLES C | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GRUBAUGH CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | GULLA, JR FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIGLER JR WILSON D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIRSTON FELECIA L | ~Black or African American~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | HATCHER JAMES H | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HERBAUGH MICHAEL R | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HLINKA JOAN S | ~White~ | F | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HUMPHREYS RICHARD D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |

1

SIGIR--1 May 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | HUNT ARLENE | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | ISOM WILLIAM P | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JANICZEK PAUL J | ~White~ | M | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | JOHNSON ROY H. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JOHNSTON ANGELINA D | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | KEAYS WALLACE R | ~American Indian or Alaska Native-W | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KEITH HUNTER D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KELLY MATTHEW B. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | KIRCHHOFF CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KLINE SHAWN D | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KOCAY ERIC M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LEHNER MARK D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LINVILLE JACQUELINE F | ~Asian~ | F | AD | 2101 | 00 | NON-SUPERVISORY |
| 1 | LYNCH B QUINTON | ~Black or African American~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MARTELL JUSTIN M | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | MCDERMOTT JOSEPH T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCGEE JENNIFER H | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MCNALLY DANIEL T. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | MCVAY RICHARD P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MICHAUD RALPH S. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MOL TERAVY | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MONSON LARRY T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NASSER NASSER WAHEED | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NEVAREZ VONDENA | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NISBET JANICE E | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NORMAN ROGER G | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | NOVAK JON E | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | OCONNOR KEVIN T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | PECK DONALD L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | PELLETIER ROBERT L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | POLLARD JAMES B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | RAPHEL ROBIN L. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAWAL YOGIN P. | ~Asian~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | RECIO DIANE N | ~Hispanic or Latino~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REMBOLD RONALD L | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REYES NELSON E | ~Hispanic or Latino~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHAMARI NADIA NMN | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHARPE RUTH D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SHIMP WILLIAM E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SLAYTON FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SMITH JAMES L | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SNOWDEN WESLEY D | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | SPRUILL CLIFTON E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STERNLIEB STEVEN H | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TAYLOR KENNETH D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | THOMPSON CHARLES W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | TOOL KARL E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TURNER SHEILA A | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TWEEDY WILLIAM H | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | VAIL ERICK A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | VASQUEZ JAMES W | ~Black or African American~ | M | AD | 0560 | 00 | NON-SUPERVISORY |

SIGIR--1 May 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | WHITT WILLIAM D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WILLIAMS CHRISTOPHER J. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | WILSON HAROLD J | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | WILSON LLOYD E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | WOJDA WAYNE G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | YOUNG ERICA M | ~Black or African American~ | F | AD | 0560 | 00 | SUPERVISOR OR MANAGER |
| 108 | | | | | | | |

3

SIGIR--1 June 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | ACKEN JR JOHN M | ~White~ | M | AD | 0905 | 00 | SUPERVISOR OR MANAGER |
| 1 | ADAMS JAMES R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | ALDADDAH SABAH | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | ARNTSON RICHARD G. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | BARBIAN RICHARD A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BAUMANN REBECCA K | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BAUM TIMOTHY P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BELISLE KRISTINE R | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BELL KAREN D | ~Black or African American~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BENEFIELD KEVIN B | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BIANCO MICHAEL A | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | BLACKWOOD-BOUTELLE SY | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BOBELL GORDON F | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BONFILIO RONALD | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BOWEN, JR STUART W. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BOWERS JAMES P | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | BRIGNOLO JOANNE M | ~White~ | F | AD | 1082 | 00 | NON-SUPERVISORY |
| 1 | BROWN LARRY K | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | BUHAISSI ZIAD M | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | BURGESS DENISE N. | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | BUTLER VICTORIA A. | ~White~ | F | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | BYRNES ANDREW M | ~White~ | M | AD | 1105 | 00 | NON-SUPERVISORY |
| 1 | CHILDRESS JAMES D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | COMFORT III BENJAMIN H | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | COMFORT MARK L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | CONLEY PAUL L | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | CONNOLLY JR JAMES | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | COWART MARTHENA S | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CROSS JERRI M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | CRUZ GINGER M | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DAWSON COREY L. | ~Black or African American~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | DICKRIEDE PATRICK A | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | EKLUND JOSHUA R | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FERNANDEZ CATHLEEN V | ~White~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | FIELDS LINDA M | ~White~ | F | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | FIELDS VELMA S. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | FLYNN BRIAN M | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FRANZEN WALTER J. | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | FURBISH GLENN D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GABRIEL ROBERT B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | GAUGHEN FRANCIS X | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GREGORSKI CHARLES C | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | GRUBAUGH CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | GULLA, JR FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIGLER JR WILSON D | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | HAIRSTON FELECIA L | ~Black or African American~ | F | AD | 1801 | 00 | NON-SUPERVISORY |
| 1 | HANNER PHILIP C. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HATCHER JAMES H | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | HERBAUGH MICHAEL R | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HLINKA JOAN S | ~White~ | F | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | HUMPHREYS RICHARD D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |

1

SIGIR--1 June 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | HUNT ARLENE | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | ISOM WILLIAM P | ~Black or African American~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JANICZEK PAUL J | ~White~ | M | AD | 1035 | 00 | NON-SUPERVISORY |
| 1 | JOHNSON ROY H. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | JOHNSTON ANGELINA D | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | KEAYS WALLACE R | ~American Indian or Alaska Native~W | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KEITH HUNTER D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KIRCHHOFF CHRISTOPHER | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | KLINE SHAWN D | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | KOCAY ERIC M | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LEHNER MARK D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | LINVILLE JACQUELINE F | ~Asian~ | F | AD | 2101 | 00 | NON-SUPERVISORY |
| 1 | LYNCH B QUINTON | ~Black or African American~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MARTELL JUSTIN M | ~White~ | M | AD | 0905 | 00 | NON-SUPERVISORY |
| 1 | MCDERMOTT JOSEPH T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MCGEE JENNIFER H | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MCNALLY DANIEL T. | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | MCVAY RICHARD P | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | MICHAUD RALPH S. | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MOL TERAVY | ~Asian~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | MONSON LARRY T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NASSER NASSER WAHEED | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | NEVAREZ VONDENA | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NISBET JANICE E | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | NORMAN ROGER G | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | NOVAK JON E | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | OCONNOR KEVIN T | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | PECK DONALD L | ~White~ | M | AD | 1811 | 00 | SUPERVISOR OR MANAGER |
| 1 | PELLETIER ROBERT L | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | POLLARD JAMES B | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | RADER DENNIS W. | ~White~ | M | AD | 0080 | 00 | NON-SUPERVISORY |
| 1 | RAPHEL ROBIN L. | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | RAWAL YOGIN P. | ~Asian~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | RECIO DIANE N | ~Hispanic or Latino~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REMBOLD RONALD L | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | REYES NELSON E | ~Hispanic or Latino~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHAMARI NADIA NMN | ~White~ | F | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SHARPE RUTH D | ~White~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SHIMP WILLIAM E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SLAYTON FRANK W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | SMITH JAMES L | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | SNOWDEN WESLEY D | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | SPRUILL CLIFTON E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | STERNLIEB STEVEN H | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TAYLOR KENNETH D | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | THOMPSON CHARLES W | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | TOOL KARL E | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TURNER SHEILA A | ~Black or African American~ | F | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | TWEEDY WILLIAM H | ~White~ | M | AD | 0801 | 00 | NON-SUPERVISORY |
| 1 | VAIL ERICK A | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | VASQUEZ JAMES W | ~Black or African American~ | M | AD | 0560 | 00 | NON-SUPERVISORY |

SIGIR--1 June 2007

| Count of Employees | Name Pers | ERI or RNO Description | Sex | Pay Plan | Ocuptnl Srs | Posn Gr Civ | Supv Status Desc |
|---|---|---|---|---|---|---|---|
| 1 | WEINBERG HILLEL NMN | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WHITT WILLIAM D | ~White~ | M | AD | 0301 | 00 | NON-SUPERVISORY |
| 1 | WILLIAMS CHRISTOPHER J. | ~White~ | M | AD | 0301 | 00 | SUPERVISOR OR MANAGER |
| 1 | WILSON HAROLD J | ~White~ | M | AD | 1811 | 00 | NON-SUPERVISORY |
| 1 | WILSON LLOYD E | ~White~ | M | AD | 0511 | 00 | NON-SUPERVISORY |
| 1 | WOJDA WAYNE G | ~White~ | M | AD | 0343 | 00 | NON-SUPERVISORY |
| 1 | YOUNG ERICA M | ~Black or African American~ | F | AD | 0560 | 00 | SUPERVISOR OR MANAGER |
| 109 | | | | | | | |

3