# Exhibit 14



SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION

July 23, 2007

Ms. Denise Burgess

Dear Ms. Burgess,

    Due to the reorganization of the Office of Public Affairs, your term employment with the Office of the Special Inspector General for Iraq Reconstruction (SIGIR) will conclude on September 1, 2007. As discussed with you by the Deputy Inspector General for Policy, Ms. Ginger Cruz, your last work day with SIGIR is Friday, July 27, 2007. You have been approved for administrative leave for the period of 28 July to 1 September 2007. Please contact Rebecca Baumann to schedule and complete on Friday, 27 July 2007, the required out processing requirements. Information on the continuation of benefits will be mailed to your home address, reflected above.

    You should be proud of the fine manner in which you performed your duties and in knowing that you have positively impacted the future of Iraq and its people. I wish you every success in all your future endeavors and thank you for your service to this organization, to the people of Iraq, and to the United States of America.

Respectfully,

R. G. "Nick" Arntson
Chief of Staff

310

400 Army Navy Drive • Arlington, Virginia 22202