# Exhibit 15

Case 1:09-cv-00763-JCC-JFA   Document 14-18   Filed 10/02/2009   Page 1 of 8



## SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION

January 25, 2007

Ms. Denise Burgess

Dear Ms. Burgess:

This is to formalize an offer of appointment to the Department of Defense, Special Inspector General for Iraq Reconstruction (SIGIR). You will be appointed to the Excepted Service position of Assistant Inspector General for Public Affairs that is located with the Washington, DC Office of the SIGIR. Overseas travel, to include travel to Iraq, is required. Your appointment, initially, is for a period of thirteen months; however, the appointment could be terminated prior to that date.

Your base salary has been set at the Administratively Determined (AD) rate of $144,400 per annum. While in Iraq, you would be entitled to receive a danger pay allowance of up to 35 percent of your salary, prorated for the number of days you serve in a foreign country where danger pay is authorized. In addition, if you serve forty-three or more consecutive days in Iraq, you will receive 35 percent of your salary as foreign post differential pay, computed retroactive to your first day in country.

The effective date of your appointment is February 4, 2007. I look forward to receiving your written confirmed acceptance of this offer. You will be contacted by Rebecca Baumann with details regarding the required in-processing activities that will occur on Monday, February 5. If you have any questions regarding your appointment, please contact me at (703) 428-1095. Congratulations!

Sincerely,

Janice Nisbet
Chief, Staffing & Operations Support

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management

# NOTIFICATION OF PERSONNEL ACTION

| Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ~ESS, DENISE NMN | | | 02-04-2007 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code: 171 | 5-B. Nature of Action: Exc Appt NTE 04-MAR-2008 | 6-A. Code | 6-B. Nature of Action |
| 5-C. Code: XZM | 5-D. Legal Authority: Sch A, 213.31 99 5 USC 3161 | 6-C. Code | 6-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | ASSISTANT INSPECTOR GENERAL-PUBLIC AFFAIRS IQ2731 - 1138221 |

| Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | AD | 0301 | 00 | 00 | $144,400.00 | PA |

| A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | $144,400.00 | $0.00 | $144,400.00 | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | DEPARTMENT OF THE ARMY SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION (SIGIR) 400 ARMY NAVY DRIVE ARLINGTON, VA 22202 |

EMPLOYEE DATA

| Veterans Preference: 1 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 24. Tenure: 3 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | 25. Agency Use | 26. Veterans Preference for RIF: YES / X NO |
|---|---|---|---|

| 27. FEGLI: Basic + Option B (2x) | 28. Annuitant Indicator: 9 Not Applicable | 29. Pay Rate Determinant: 0 |
|---|---|---|

| 30. Retirement Plan: FERS and FICA | 31. Service Comp. Date (Leave): 03-03-1986 | 32. Work Schedule: F Full-Time | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|

POSITION DATA

| 34. Position Occupied: 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | 35. FLSA Category: E (E-Exempt, N-Nonexempt) | 36. Appropriation Code: 1100000VED | 37. Bargaining Unit Status: 8888 |
|---|---|---|---|

| 38. Duty Station Code: 10100013 | 39. Duty Station (City - County - State or Overseas Location): ARLINGTON / ARLINGTON / VIRGINIA |
|---|---|

| 40. Agency Data | 41. PON# OA | 42. | 43. | 44. TDA DATA SJ/W4XEAA/0001/84T |
|---|---|---|---|---|

45. Remarks:

OPF maintained by North Central Civilian Personnel Operations Center, Rock Island, IL 61299-7650.

Reason for temporary appointment: to support the war efforts in IRAQ.

Appointment affidavit executed 05-FEB-2007.

Health benefits coverage continues.

Creditable Military Service: None

Frozen Service: None

Previous retirement coverage: Previously covered.

Employee is automatically covered under FERS.

*168*

| 47. Employing Department or Agency & Activities Sptd by Ofc, Sec of the Army (ARSJ) | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Agency Code: RSJ | 48. Personnel Office ID: 2241 | 49. Approval Date: 02-08-2007 | Laura L. Hartzell AUTHORIZING OFFICIAL |

Part 50-316

TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

## NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**
- Blocks 5-B and 6-B describe the personnel action(s) that occurred.
- Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
- When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amount in blocks 12 and 20 do NOT include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
- Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does NOT include any locality-based pay. This rate of pay serves as the basis for determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
- Block 20B is the annual dollar amount of your Interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
- Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
- Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials, and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purpose.

**Block 24 - Tenure**
- Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in subchapter 26 of FPM Supplement 296-33 and RIF is explained in FPM Supplement 351-1; both should be available for review in your personnel office.

**Block 26 - Veterans Preference for RIF**
- Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**
- FICA        - Social Security System
- CS          - Civil Service Retirement System
- CS-Spec     - Civil Service Retirement System for law enforcement and firefighter personnel
- FS          - Foreign Service Retirement and Disability System
- FERS        - Federal Employees' Retirement System
- FERS-Reserve Tech   - Federal Employees' Retirement System for National Guard Reserve Technicians
- FERS-ATC    - Federal Employees' Retirement System for Air Traffic Controllers
- FERS-Spec   - Federal Employees' Retirement System for law enforcement and firefighter personnel
- FSPS        - Foreign Service Pension System

**Block 31 - Service Computation Date (Leave)**
- Shows when your Federal service began unless you have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
- Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
- Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 - Work Schedule**
- Your work schedule is established by your supervisor.
- A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no prearranged scheduled tour of duty and works when needed.
- Full-time and part-time employees whose appointments are for 90 days or more are usually elegible to earn annual leave; intermittent employees are not.
- Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
- On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
- Indicates the number of hours a part-time employee is scheduled to work during a two-week pay period.

**Block 34 - Position Occupied**
- Identifies the employment system under which you are serving -- the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
- The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 - FLSA Category**
- Exempt employees are not covered by the minimum wage and overtime Law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**
- Identifies a bargaining unit to which you belong, whether or not you are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Block 38 and 39 - Duty Station**
- Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

- If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

- Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can elect to have your dues withheld from your salary.

- If you have questions or need more information about your rights and benefits, ask your supervisor or your personnel office.

- Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in Federal Personnel Manual Supplement 292-1.

*169*

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.

RPA Tracker

Page 1 of 4

RPA Tracker

## RPA Information

| | |
|---|---|
| RPA Number | 07JAN3ASSIGIR0837598 |
| Action Requested | APP |
| PP-Seri-Gr | AD-0301-00 |
| Effective Date | 2007-02-04 |
| Proposed Effective Date | 2007-02-04 |
| Name | BURGESS DENISE |
| Nature of Action | 171 |
| CPAC Location | (AS) FORT BELVIOR |
| Command Code/ | SJ |
| Request ID | 5895401 |
| Position ID | 981809 |
| Unique Number | 837598 |
| GK | N |

**Add a New Note (max of 2000 characters allowed):**

No Note History Available

[Add Note]

## Request Office

1. Actions Requested — APP
2. Request Number — 07JAN3ASSIGIR0837598 (Closed)
3. For Additional Information Call — ---
4. Proposed Effective Date — 2007-02-04
5. Actions Requested By — Baumann, Rebecca K
   HUMAN RESOURCES AND SECURITY SPECIALIST
   2007-01-26
6. Actions Authorized By — Baumann, Rebecca K
   HUMAN RESOURCES AND SECURITY SPECIALIST

## Part B - Preparation of SF50

1. Name (Last, First, Middle) — Burgess Denise
2. SSN
4. Date of Birth
4. Effective Date — 2007-02-04

## Status Remarks

| Status Remark | Occur | Date 1 | Date 2 | Comments |
|---|---|---|---|---|
| FILL ACTION | 1 | 2007-01-26 | --- | --- |
| JOB OFFER - NONC | 2 | 2007-01-29 | 2007-01-29 | --- |

First Action


170

RPA Tracker

Page 2 of 4

| | |
|---|---|
| 5-A. Code | 171 |
| 5-B. Nature of Action | Exc Appt NTE 04-MAR-2008 |
| 5-C. Code | XZM |
| 5-D. Legal Authority | Sch A, 213.31 99 5 USC 3161 99 5 USC 3161 |
| 5-E. Code | --- |
| 5-F. Legal Authority | --- |

**Second Action**

| | |
|---|---|
| 6-A. Code | --- |
| 6-B. Nature of Action | --- |
| 6-C. Code | --- |
| 6-D. Legal Authority | --- |
| 6-E. Code | --- |
| 6-F. Legal Authority | --- |

**From**

| | |
|---|---|
| 7. Position Title and Number | --- ---,--- |
| 8. Pay Plan | --- |
| 9. Occ Code | --- |
| 10. Grade/Level | --- |
| 11. Step/Rate | --- |
| 12. Total Salary | --- |
| 12A. Basic Pay | --- |
| 12B. Locality Adj | --- |
| 12C. Adj. Basic Pay | --- |
| 12D. Other Pay | --- |
| 13. Pay Basis | --- |
| 14. Name and Location of Position's Organization | --- |
| | --- |
| | --- |
| | --- |
| | --- |

**To**

| | |
|---|---|
| TO: Position Title and Number | ASSISTANT INSPECTOR GENERAL-PUBLIC AFFAIRS   IQ2731.1138221 |
| 16. Pay Plan | AD |
| 17. Occ Code | 0301 |
| 18. Grade/Level | 00 |
| 19. Step/Rate | 00 |
| 20. Total Salary | 144400 |
| 20A. Basic Pay | 144400 |
| 20B. Locality Adj | 0 |
| 20C. Adj. Basic Pay | 144400 |
| 20D. Other Pay | --- |
| 21. Pay Basis | PA |
| 22. Name and Location of Position's Organization | --- |
| | DEPARTMENT OF THE ARMY |
| | SPECIAL INSPECTOR GENERAL |
| | FOR IRAQ RECONSTRUCTION (SIGIR) |
| | 400 ARMY NAVY DRIVE |
| | ARLINGTON, VA 22202 |

**Notes**

---

171

RPA Tracker

**Employee Data**

| | |
|---|---|
| 23. Veterans Preference | 1 |
| 24. Tenure | 3 |
| 25. Agency Use | ARSJ |
| 26. Veterans Preference for RIF | N |
| 27. FEGLI | K0 |
| 28. Annuitant Indicator | 9 |
| 29. Pay Rate Determinant | 0 |
| 30. Retirement Plan | K |
| 31. Service Comp. Date (Leave) | 1986-03-03 |
| 32. Work Schedule | F |
| 33. Part Time Hours Per Bi-Weekly Pay Period | --- |

**Position Data**

| | |
|---|---|
| 34. Position Occupied | 2 |
| 35. FLSA Catagory | E |
| 36. Appropriation Code | 1100000VED |
| 37. Bargaining Unit Status | 8888 |
| 38. Duty Station Code | 510100013 |
| 39. Duty Station | ARLINGTON / ARLINGTON / VIRGINIA |
| 40. Agency Data | --- |
| 41. Agency Data | --- |
| 42. Agency Data | 12A |
| 43. Agency Data | 2006/10/01 00:00:00 |
| 44. Agency Data | Y894 |
| 45. Education Level | 17 |
| 46. Yr Degree Attained Degree | 1999 |
| 47. Academic Discipline | 090101 |
| 48. Functional Class | 00 |
| 49. Citizenship | 1 |
| 50. Veterans Status | X |
| 51. Supervisory Status | 8 |

**Remarks**

DOD PPP/NA - Position filled under 5 U.S.C. 3161 and not subject to Chapter 51 (Classification of Title 5, U.S.C. SCT NA, Non-comp temp appt. Excepted Service RPL NA, Non-comp temp appt. Excepted Service Denise N. Burgess DOB: 13 Sep 1961 Effective Date: 4 Feb 07 SSN: 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 Position: Assistant Inspector General, Public Affairs Position Description Number: Occupational Series: 0301 Salary: $144,400 authorized 8 hours leave accural per pay period Washington, DC Appointment term: 13 months Duty Station Code: 510100013 TDA Data: SJ/W4XEAA/0001/84T Org Code: 77202G Line: 84T Para: 001 AMS: 1100000000 APC: CP7A

**Approver Signature**

Approver Signature
Approval Date

Joan F. Gardner
2007-01-29

**Current/Last Box**

Group Box           YES-3SF_BELVOIR_SUSP/COSS
Inbox Name          LAURA.L.HARTZELL-COS
E-mail Address      ---
Days                0.10

*172*

PPA Tracker

Date Sent          2007-02-08
Date Received      2007-02-08

| Group Box | Inbox Name | E-mail Address | Days | Date Sent | Date Received |
|---|---|---|---|---|---|
| YES-3SF_BELVOIR_SUSP/COSS | JOAN.GARDNER1-COS | joan.gardner1@us.army.mil | 10.23 | 2007-02-08 | 2007-01-29 |
| --- | JOAN.GARDNER1-COS | joan.gardner1@us.army.mil | 2.67 | 2007-01-29 | 2007-01-26 |
| --- | STEPHANIE.ANN.BROWN-COS | --- | 0.00 | 2007-01-26 | 2007-01-26 |
| YES-3SF_BELVOIR/COS | STEPHANIE.ANN.BROWN-COS | --- | 0.01 | 2007-01-26 | 2007-01-26 |
| --- | JACKIE.DOCHERTY1-COC | jackie.docherty1@us.army.mil | 0.08 | 2007-01-26 | 2007-01-26 |
| XYZ-3CL_BELVOIR/COC | JACKIE.DOCHERTY1-COC | jackie.docherty1@us.army.mil | 0.04 | 2007-01-26 | 2007-01-26 |
| --- | REBECCA.BAUMANN-MGR | REBECCA.BAUMANN@US.ARMY.MIL | 0.00 | 2007-01-26 | 2007-01-26 |

173