# Exhibit 17

178

DOJ has supported Greyson's cases.  2 recently.

comparison g remuneration ← military
                               contractors

062007



06200?
11a.

Robin/John.
( • meeting Dave/ Mike / Ginger )   → set one
                                        quickly

July ~ Retreat          ( 10 top          June 29. Robins
                          goals )               last
                                                Day

Rick · move toward commit          | Linta → Dir |
   ( deputy - choice )             |     Mgmt    |
                                   |        Dir  |

Barry Pulman -   GAO SES/ Deputy  -  sp projects

DIG-O
DIG-B    "digby"
BIG-P

Dave
mike
ginger

(8B issues) Barry - Sp. Asst to DIG-O.
Matthena - Principal Deputy.    SES [Sr Advisor]    can't cut pay
Deputies only GS-15

- Rick - OK, update / 7-15 July Here.
- Dave not here on the 6th - postpone
when is start date.    30 July. or 6 Aug.

Denise on vacation on 6th July - August

PD's ready Thu.    Robin's Last Day 8/3. After.

Office Space    ? — no need to decide now.

070307 —

(1) (OT) Preapproval. / Submitted / Effective Sunday.
GC signature authority for AGs. Pub/CA/PA.

Joshua making 31(K)/gr. w/ 15% GS-9 step 1. 46k.
Pub Affairs Specialist,
is he the only one we could get.

funding position \ Redistribution of work.
3 Hires. Restructuring
just started in June

Jason instead? Reevaluate all
Chuck Staff
Aug 3 Sylvia back. Nov 5 she's done.

(Paul Janiczek)              Olson - COR : Sp Programs
reappointments
Kathleen ___, Benefield, ___, Dan Webb, Sue Fields
Ron, Nadia, Sean Klein, Josh Eklund.

Gary Pelman - Auditors, Counsel in ___, Bruce Warren.

* / Hillel - 2 Options for Matthew > Sr Advisor.
                                                Dir of Programs

A New Org Chart.

070907
10:30a

Dave Warren —
Contract out $5 M Financial / Forensic Audit.

2 people to a job.  / Announcements

- 5 ongoing
- 4 letters ready to go.

208

Howard Dickenson / set up meeting.
OMB on our budget!

Kate Eldridge - Budget

termination - push out 1 yr. add clause
if we want to end earlier.

204

Howard Dickenson    Dec M

> Of the 35 M in 07 supp
State Apportionment signed/sent 7/2
> OMB telling SIGIR submit apportionment
request to us   Open Acct @ Treasury.

What will get apportioned - $7M g 35M
category B immediate deces. Remainder
into Category C. FY '08.    hold ~ $28M.

is Paul willing
Goove
+ give
money?

Lots g concern @ OMB about running
thru $ fast. Want to legally permit
holdback.

Colburn's
staff
financial
audit.

SIGIR plans to submit plan to Hill on how $
spent thru Dec '08.        Report: one
                           g 3 things happen.

push us
to conference base
in '08 budget

1) nobody does anything stuck
w/ 35M. til end

timing g '08
sup. in fall. If
pushed to this game
'08 cash flow
probelm.

2) OMB needs to submit
amendment '08 bases or
supplemental

Sept 30 '07 remove?

3) Congress will do
unilaterally on amendment.

is '05 supp a SIGIR need to
find another vehicle.

* OMB needs Financial Plan
no need clear b/c independent.

214

Howard Dickenson                    letter
bad idea for meeting / 2-3 days advance
to prebrief (Joe Brab) Robin Cleveland's
                                  Replacement.

Steve McMillan - Deputy OMB.

Addit funding needs FY08. May ask for supplemental. '08.
Stuart wants to start dialog. OMB hasn't gotten back.

07/207

229

071607    Denise - tram NBC on investigations

9am    ▶

- Audits - send drafts to Denise.

230

Hillel: Collins' Lawyers. Sebastion.

Erica [Budget Issue.] Wednesday (OMB)

[Monthly Burn Rate.]
⟨Cover letter⟩

Kate Friday
SB to ()

1) Annual
2) Ramp
3) How Long Around.⟩ currently X - Wayne?

What is Patricias Rate.

- Emily (convert)
- Roger · Convert
- Part Time (Barbara) Adjustment
  as needed.

Budget Discussion w/ Erica
      3M Scenario /worthwhile
                how much does
                that buy us?

232

- CA x Marthena in Fall
- PA x2    disolve AG·PA
+ Chris Belide - eliminate Press Director

Yuizek soon?

✓ Barbara Wolfson - GOVIE )

D '5M cut

(IT department) - govie.

Olson - staff rightsizing after Quarterly.
Quick Review - recommend cuts.

240

- Belisle - *immediate* +
- *lawsuit* - reorganize
, *Patterson* Lewis - reduce EOPL

242



07/30/0? OMB Mtg -
(OMB 06 current jurisdiction)
gr at mtg           Bob Goldberg / Howard Diker
[Scenarios based on Legislation]:-

(OMB)  1. Current 30+5 for FY 06
2. Need to submit FY09
    full year remainder
    transfer to DOS-OIG
3. Scenarios based on
   legislation

no need to ramp down -
offramp money goes to
DOS-OIG.

Rather LOE - level of effort.

254



IG        GC
Dep
Dp.B    COS
AIG·N    AIG·I    AIG·A    AIG C·PA    AIG P

256

lunch: Cub/Ellisle  4 insp
        sylviē ?
           DARPA  15/5.

072307
JM

(Pat Kennedy) job for Martena.) — /

55.18 Pact Rate · 114K ·

Denise —
Dana — electricity basis

(Kris tomorrow)

done | Howard OMB

258

2:20p - Denise
Disappointment - in being let go for
> other ?compif reasons.
- "reorganization"

(Junice)
• Admin Leave thru Aug 31
  Transition this week
  List g appointments.
          Outprocessing.

                    Del Hammel 114/hr.
                    9237k.

(3) Denise/Kris