# Exhibit 18

Case 1:09-cv-00763-JCC-JFA   Document 14-21   Filed 10/02/2009   Page 1 of 4

# SIGIR ORGANIZATION

```
    Secretary of State          Secretary of Defense
            |                          |
            |     General Counsel - John Acken
            +-----Senior Advisor - Ginger Cruz
            |
    Inspector General - Stuart W. Bowen, Jr.
    Deputy Inspector General - Amb. Robin Raphel
            |
    Chief of Staff - Nick Arnison
    Chief of Staff Baghdad - Michael Franks
            |
    +-------+-------+-------+-------+-------+
    |       |       |       |       |       |
 Assistant Assistant Assistant Assistant Assistant Assistant
 Inspector Inspector Inspector Inspector Inspector Inspector
 General   General   General   General   General   General
 Investi-  Inspec-   Audit     Congres-  Public    Information
 gations   tions     Mickey    sional    Affairs   Services
 (Acting)  Brian     McDermott Affairs   Denise    Scott
 Harold    Flynn               Matthena  Burgess   Michaud
 Wilson                        Cowart
                                                   |
                                          Chief Information
                                          Officer
                                          Chris Williams
```



02-26-07

# SIGIR ORGANIZATION

- Secretary of State
- Secretary of Defense
  - Inspector General: Stuart W. Bowen, Jr.
    - General Counsel: John Ackern
    - Deputy IG Baghdad: Mike Boisvenue
    - Sr. Advisor Investigations: Dan Wilkens
    - Deputy Inspector General: Ginger Cruz
      - Chief of Staff/Sr. Advisor: Rick Olson
        - Assistant Inspector General Information Services: Scott Michaud
        - Assistant Inspector General Congressional Affairs: Hillel Weinberg
          - Director of Public Affairs: Kris Belisle
        - Assistant Inspector General Audit: Dave Warren
        - Assistant Inspector General Investigations: Harold Wilson
        - Assistant Inspector General Inspections: Brian Flynn
        - Administration

# SIGIR ORGANIZATION

- Secretary of State
- Secretary of Defense
- Deputy Inspector General Baghdad
- Inspector General / Principal Deputy Inspector General
- Chief of Staff
- Public Affairs — Director
- Senior Advisor/Initiatives
- General Counsel — AIG
- Congressional Affairs
- Audit — AIG
- Inspections — AIG
- Investigations — AIG
- Information Services — Director

9

02-2008