# Exhibit 20

190

Budget

Apr '08 | current funding good to —
30M ops   5M Forecast: Await
(DCAA?)

$40/14 M request

3 scenarios

1) shut down April
2) need $6.3M up til Oct.
   close out fiscal year
   personnel cuts
3) Steady 'down 25 people.
   $12.5 m thru Dec 31 '08
   termination date

another supplement

UCF softwire / new

Q: HIRE / STATE / BUDGET / STAFFING PLAN.

200

2pm. Denise.  ②

① Joshua Gross. ─ [detangle salary
  → David Mayr.          issues.
  ok' Pentagon channel member.
         Stephanie Valle - too junior.

Erica [Budget issue.] Wednesday (OMB)
[Monthly Burn Rate.]
<Cover Letter>

Kate Friday
SB too (

1) Annual
2) Ramp
3) How Long Around. > currently X - Wayne?