# Exhibit 21



DEPARTMENT OF THE ARMY
ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY
105 ARMY PENTAGON
WASHINGTON DC 20310-0105

JUN 2 1 2007

MEMORANDUM FOR PRINCIPAL OFFICIALS OF HEADQUARTERS, DEPARTMENT OF THE ARMY

Subject: Policy on Equal Employment Opportunity

1. Headquarters, Department of the Army is committed to achieving and maintaining a high quality, motivated, and diverse civilian workforce where all individuals are respected and valued for their contributions. A diverse civilian workforce that reflects our American society strengthens the Army by providing different perspectives and solutions to work-related challenges.

2. Equality of opportunity is a fundamental right mandated by law. All persons have the right to work or advance on the basis of merit, ability and potential, free from social, personal or institutional barriers of prohibited discrimination. It is essential that we maintain a barrier-free work environment where every employee and applicant for employment receives fair and equitable treatment without regard to race, color, gender, sexual orientation, age, religion, national origin, or disability.

3. Managers, supervisors and employees must understand and identify unlawful conduct and fulfill their obligation to prevent prohibited discrimination and take immediate corrective action, including discipline, where appropriate. Equal employment opportunity principles must be embedded in every personnel management practice, policy or procedure.

4. Individuals who perceive they have experienced discrimination should contact the Directorate of Equal Employment Opportunity (DEEO), 8th Floor, Zachary Taylor Building, Arlington, Virginia or call (703) 602-6357. Procedures for filing a complaint are on the DEEO website at https://secureweb.hqda.pentagon.mil/eeo/main/Index.asp. Reprisal against an individual who has engaged in protected activity will not be tolerated.

5. I count on your personal commitment to maintain a positive workplace environment that is free of discrimination.

JOYCE E. MORROW



DEPARTMENT OF THE ARMY
ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY
105 ARMY PENTAGON
WASHINGTON DC 20310-0105

JUN 2 1 2007

MEMORANDUM FOR PRINCIPAL OFFICIALS OF HEADQUARTERS, DEPARTMENT OF THE ARMY

SUBJECT: Policy on Harassment

1. The Headquarters, Department of the Army workforce at all levels shares responsibility in creating and maintaining a productive and harassment-free work environment. Harassment of any type violates the Army's core values and will not be tolerated. Harassment destroys morale, teamwork and impedes the efficiency of the workplace.

2. Sexual harassment is a form of gender discrimination that involves unwelcome sexual advances, requests for sexual favors, and other verbal and physical conduct of a sexual nature. When made a condition of a person's job, or used for employment decisions affecting that person, or when it creates an intimidating, hostile or offensive environment, or interferes with the performance of a Soldier or civilian, sexual harassment is present.

3. Individuals who perceive they are being harassed should make it clear that such behavior is offensive and report the incident through appropriate channels. Military and civilian leaders must take steps to eliminate any behavior that potentially could be considered harassment or hostile treatment. Every reported incident of unlawful workplace harassment must be investigated immediately and corrective action taken as appropriate. Reprisal against any Soldier or civilian for reporting or cooperating with the investigation of allegations of harassment will not be tolerated.

4. For assistance in understanding your rights and responsibilities under the law or determining the avenues of redress, contact Directorate of Equal Employment Opportunity, 8th Floor, Zachary Taylor Building, Arlington, VA 22202 or call (703) 602-6357.

5. I count on your personal involvement in ensuring that our workplace is harassment free and that everyone is treated with dignity and respect.

JOYCE E. MORROW



**DEPARTMENT OF THE ARMY**
WASHINGTON DC 20310-0200

OCT 0 9 2006

## EQUAL EMPLOYMENT OPPORTUNITY POLICY FOR CIVILIAN EMPLOYEES

We are committed to fostering equal employment opportunity for civilian employees and applicants for employment. The Army is strengthened by the full range of talents that each civilian employee brings to the work place in accomplishing our national defense mission. A diverse civilian workforce that reflects our American society strengthens the Army by providing different perspectives and solutions to work-related challenges.

All persons have the right to work or advance on the basis of merit, ability and potential, free from social, personal or institutional barriers of prohibited discrimination. Military and civilian supervisors/managers must acknowledge the value and dignity of their employees. Every civilian employee should be treated with respect, should have the opportunity to achieve the highest grade or level of responsibility according to his or her potential, and should be encouraged to contribute fully to the Army's mission.

Managers, supervisors and employees must understand and identify unlawful conduct and fulfill their obligation to prevent prohibited discrimination and take immediate corrective action, including discipline, where appropriate. Individuals who perceive they are being subjected to prohibited discrimination should report the matter to an appropriate authority or office. Procedures for processing discrimination complaints will be clearly posted in all work areas. The Department of the Army supports the rights of all employees to exercise their rights under the civil rights statutes. Reprisal against one who has engaged in protected activity will not be tolerated.

Managers must make selections for training and career development programs, merit promotion actions, awards, and other types of recognition and personnel actions in accordance with sound personnel management practices and without regard to race, color, gender, sexual orientation, religion, national origin, age or disability.

We encourage all members of the Army team to strive for, achieve and maintain a positive workplace environment. This is vital to the Army mission of keeping the peace and providing the necessary support to win any war.

Peter J. Schoomaker
General, United States Army
Chief of Staff

Francis J. Harvey
Secretary of the Army



**DEPARTMENT OF THE ARMY**
WASHINGTON DC 20310-0200

OCT 0 9 2006

## ARMY POLICY ON HARASSMENT

The Army has demonstrated its commitment to preventing and eliminating all types of workplace harassment, based upon race, religion, color, sex, national origin, age, or disability, within the military ranks and civilian workforce through written policy, communication, education and training, enforcement, and assessment. While we can be proud of our efforts to rid the workplace of this unacceptable conduct, we must continue to focus our energy on ensuring that Soldiers and civilians understand the importance of the Army's policy on this issue.

As Army leaders, it is our duty to provide and maintain an environment of trust and respect for human dignity where workplace harassment, including sexual harassment, will not be tolerated. We must reaffirm a commitment to an environment of mutual respect, dignity, and fair treatment.

Sexual harassment is defined in law and regulation. It is a form of gender discrimination that involves unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature. When made a condition of a person's job, or used for employment decisions affecting that person, or when it creates an intimidating, hostile or offensive environment, or interferes with the performance of a soldier or civilian, sexual harassment is present.

Any Soldier or civilian who encounters any unlawful workplace harassment should report the incident through appropriate channels. Every leader must ensure that every reported incident is investigated immediately and thoroughly, with corrective action taken as appropriate. Reprisal against any Soldier or civilian who reports workplace harassment will not be tolerated.

We expect all leaders to support the Army's continuing commitment to a positive workplace environment that protects and preserves human dignity.

Peter J. Schoomaker
General, United States Army
Chief of Staff

Francis J. Harvey
Secretary of the Army



**DEPARTMENT OF THE ARMY**
ADMINISTRATIVE ASSISTANT TO THE SECRETARY OF THE ARMY
105 ARMY PENTAGON
WASHINGTON DC 20310-0105

05 APR 2005

MEMORANDUM FOR HEADQUARTERS, DEPARTMENT OF THE ARMY PERSONNEL

SUBJECT: Equal Employment Opportunity Policy Statement

1. The Headquarters, Department of the Army is committed to being a model employer with a diverse and effective workforce. As we continue to transform The Army, we must secure our readiness with a capable and relevant workforce. The Army's success is anchored in our ability to attract, develop and retain a highly competent and motivated workforce that can deliver results and ensure our Nation's continued growth and prosperity.

2. We must maintain a barrier-free work environment where employees and applicants for employment are judged solely on the basis of merit and ability and receive full and fair opportunity to succeed in their Federal career. We must fully utilize all workers' talents, without regard to race, color, sex, age, religion, national origin or disability. We must foster an inclusive work environment where employees and applicants with disabilities are recognized for their abilities, provided the necessary reasonable accommodations, and are assured that they enjoy full access to employment opportunities. In our recruitment and strategic planning efforts, we must remain focused on closing the gap on representation of racial, national origin or gender groups in mid- and upper level positions where disparities exist in occupational categories.

3. Every employee has the fundamental right to work in a discrimination and harassment free work environment. Sexual harassment or any form of harassment will not be tolerated. It violates the Army's core values and undermines mission accomplishment. Supervisors and managers should check for cues within their work environment and eliminate behavior that could potentially be considered sexual harassment. When incidents are reported, leaders must be responsive, taking swift, fair, and effective action to address the matter. The key is prevention! Therefore, it is imperative that every individual within the Headquarters receive initial and recurring refresher training in the prevention of sexual harassment.

4. The principles of equal employment opportunity must be an integral part of every employment decision and enforced at all levels of the organization. Through our vigilance and combined efforts, our workplace will remain a reflection of our core values – a place of dignity and respect.

*Sandra R. Riley*
SANDRA R. RILEY



# SPECIAL INSPECTOR GENERAL FOR IRAQ RECONSTRUCTION

MEMORANDUM FOR ALL PERSONNEL AND APPLICANTS FOR EMPLOYMENT OFFICE OF THE INSPECTOR GENERAL, COALITION PROVISIONAL AUTHORITY

SUBJECT: Policy Statement on Equal Employment Opportunity

    I personally support the principles of Equal Employment Opportunity (EEO). Consistent with Title VII of the Civil Rights Act of 1964, Age Discrimination in Employment Act of 1967, and the Rehabilitation Act of 1973 which prohibits discrimination based on race, color, religion, sex, national origin, age and physical or mental disability. I am committed to:

a. Eradicate any practices, procedures or policies that may be discriminatory;

b. Eliminate barriers that impede the movement of minorities and women into upper level occupations;

c. Ensure that employment decisions, such as recruitment, assignments, promotions, training and development opportunities, are based solely on merit factors;

d. Ensure the workplace is free of harassment; and

e. Provide a culture for our workplace that promotes and values diversity.

    I expect each OIG manager to have the same EEO commitment. Managers and supervisors at all levels are held accountable for applicable EEO Standards including those set forth by the Commander in Chief, the Secretary of Defense and the Equal Employment Opportunity Commission.

    We must remember that EEO is everyone's business. Both managers and employees alike are responsible for creating an atmosphere that fosters respect for all in the workplace. I ask that each of you give your **personal commitment** to this important goal. The result will be an effective system of equal opportunity throughout the OIG.

Stuart W. Bowen, Jr.
Inspector General
Coalition Provisional Authority