# Exhibit 22

*Knowledge of by aggrieved*

# DIRECTOR, PUBLIC AFFAIRS
## AD-0301-00

## INTRODUCTION

As the Director, Public Affairs the incumbent will serve as the principal staff advisor in the conduct of liaison with national and international news media, other collective and individual stakeholders, and public audiences for the Special Inspector General for Iraq Reconstruction (SIGIR). The incumbent will use knowledge, skills and abilities relevant to SIGIR missions, policies, and processes to successfully coordinate with the news media and other public audiences with an interest in the mission of the SIGIR as directed and approved by the Deputy Inspector General-Policy. Such knowledge and background is necessary to provide the confidence and skills to deal effectively with the public and news media on matters pertaining to reconstruction and rehabilitation oversight in Iraq. The position is located in the Washington, DC Office of the SIGIR. Overseas travel, to include extended travel to Iraq, is required. The incumbent will report directly to the Deputy Inspector General-Policy.

Work of the Director, Public Affairs primarily encompasses the conduct of relations with news media and other stakeholders in the development and execution of a strategic communications campaign under the direction of the Deputy Inspector General-Policy. The incumbent plans, organizes, and executes news media encounters dealing with SIGIR matters. Planning and execution requires coordination with senior level officials and subject matter experts to ensure synchronization and consistency of communications with news media and other publics, and the Congress. The work is performed with great sensitivity and confidentiality; information is provided in a timely and accurate manner and is presented to the intended audience(s).

Assists the Deputy Inspector General-Policy in the development of media messages and themes to internal and external stakeholders, Department of Defense (DOD), Department of State (DOS), Congress, the media, academia, business, and international interests.

Assists the Deputy Inspector General-Policy in the development of SIGIR's public information and other policies affecting communications with the SIGIR core audiences.

Utilizes the knowledge of the SIGIR's work product and planned programs to assist the Deputy Inspector General-Policy in the preparation and presentation of complex materials or highly complex issues before a wide variety of audiences; also uses information to assess the political and institutional environment where decisions affecting the SIGIR's responsibilities are made and implemented.

Assists the Deputy Inspector General-Policy in identifying and defining the major issues, monitors news media and other public forums, reviews appropriate source material, and coordinates the preparation of supporting materials and concept of suggested remarks for the SIGIR based on guidance and direction from the Deputy Inspector General-Policy to make in public communication encounters. Reviews and provides input to all draft materials prior to submission to the SIGIR and senior officials.

Briefs the SIGIR (and senior officials) on the pending news media and other public communication encounters. Utilizing subject matter knowledge develops sources of information; identifies and performs analyses of issues; develops options and alternatives providing in-depth technical analyses; coordinates findings; and prepares written reports for and/or provides oral briefings to policy makers based on the guidance and direction from the Deputy Inspector General-Policy.

Based on the guidance and direction from the Deputy Inspector General-Policy maintains awareness of political influences and developments related to SIGIR's mission and the U.S. reconstruction effort in



Iraq including but not limited to: the status of Iraq reconstruction, factors that affect the progress of reconstruction, the various U.S. government agencies with responsibilities for the Iraq reconstruction program and the international efforts to assist.

Maintains contact with SIGIR Assistant Inspectors General to remain current on knowledge of SIGIR plans and operations.

Oversees the work and activities of a support staff to include assigning work based on requirements and capabilities; reviews work completed and evaluates the effectiveness of operations in terms of mission accomplishment and technical competence. The incumbent will support a management culture that empowers staff members to excel in their positions; improves the quality of life at the workplace; provides fair and equitable treatment in all aspects of personnel management without regard to political affiliation, race, color, religion, national origin, sex, marital status, age or disability; and ensures proper regard for employees' privacy and constitutional rights.

Performs other duties as assigned.

Factor 1. Knowledge Required for this Position

Mastery of advanced principles and practices of Public Communications, Strategic Communications, and Public Affairs. Other sub-factors include:

The candidate must have proven writing skills and experience in writing on challenging deadlines, as well as more than eight years of experience in media relations or in the media or equivalent experience.

The candidate must be able to absorb large amounts of information on fast-changing issues related to the Iraq Reconstruction, sift through the information and prioritize and articulate the information quickly.

Factor 2. Supervisory Controls

The incumbent receives specific guidance and requirements from Deputy Inspector General-Policy concerning assignments and requirements. Incumbent is responsible for planning and carrying out assigned projects and works in close coordination with the Deputy Inspector General-Policy. Actions and recommendations are subject to approval by either the SIGIR or the Deputy Inspector General-Policy.

The incumbent rates subordinate staff, ensuring consistent application of criteria, recommends awards, and travel requests.

Factor 3. Guidelines

Guidelines, in the form of DOD, DOS, and SIGIR policies and directives, are broadly stated and will be adapted as required in unusual or sensitive issues encountered in the incumbent's typical assignments. Adapts existing precedents to be used as foundations for new approaches to the coordination and integration of various aspects of the SIGIR mission.

Factor 4. Personal Contacts
Incumbent maintains knowledgeable and professional working relationships with members of the national and international media; DOD and DOS - Public Affairs, other DOD components and Federal agencies. Deals directly with the Deputy Inspector General-Policy, Deputy Inspector General-Operations, Assistant Inspectors General, and other levels of senior SIGIR personnel. As directed, coordinates with DOD and DOS officials, other Federal agencies, representatives of the media and the general public.

Factor 5. Complexity

The work consists of a variety of functions requiring consideration of many different and unrelated processes and methods. The incumbent must be able to research and analyze interrelated issues for effectiveness, efficiency and productivity affecting initiatives, projects, programs and policy decisions. Incumbent must possess the skill to evaluate and communicate the impact of changes in legislative and other regulatory requirements affecting identified goals and objectives. Although the purpose and desired objectives are usually clear, the method and techniques of approach to be used in accomplishing the objectives are wholly dependent upon the skill, judgment, experience and resourcefulness of the incumbent.

Factor 6. Scope and Effect

The work contributes to the improvement of the productivity, effectiveness and efficiency of the identified initiatives, programs and projects. Results of the initiatives, programs and projects are of significant interest to DOD, DOS, the IG community, the Congress, and American taxpayers. Initiatives, programs and projects frequently require extensive and sensitive coordination in the fact-finding process, developing guidance, and implementing the recommendations as well as the required follow-up.

Factor 8 Physical Demands
Washington, DC: The work is mostly sedentary but some walking, standing, and carrying of light items such as papers, books, light briefcases, or bags may be necessary. The incumbent must be able to handle the stress of a fast-paced, high-level DOS and DOD organization.

Baghdad: Work may entail extended work shift. Generally, indoor work location has power, water, heating and air conditioning, although outages should be expected. Lack of sleep may occur due to long work hours and uncomfortable living conditions. Incumbent will report symptoms of stress and fatigue to the on-site supervisor. Living conditions range from having all basic amenities; light, power, water, refrigeration, to not having one or more of these amenities. Employees who need to store refrigerated medication shall, prior to departure from the primary duty station, inform SIGIR Headquarters so availability of refrigeration at the work site can be determined.

Factor 9 Work Environment

Washington, DC: The work is usually performed in an office setting.

Baghdad: Environmental conditions at work locations may range from excessive heat and humidity to extreme cold and rainy. Some locations require that the employee be able to maintain stable mobility in sandy and unstable terrain. Although much of the work is sedentary, work conditions such as ergonomic issues related to lifting and carrying, seating, or video display terminals; repetitive motion injury from using computers and the like may be expected.

SPECIAL CONDITIONS OF EMPLOYMENT:

Incumbent occupies a position that may be considered essential to support of the SIGIR mission. If your position is considered emergency essential, failure to remain in your position may result in separation for the efficiency of the Federal Service (Ch. 75, Title 5 USC: FPM Ch. 752).

Overseas travel, to include extended travel to Iraq, is required.

Secret clearance is required; an ability to secure a Top Secret clearance may be required.