# Exhibit 23

# DENISE N. BURGESS



404-790-7900
burgess.denise@gmail.com

Award-winning former Foreign Service Officer and national news correspondent with record of success in international strategic communications and general management, including hands-on crisis communications experience. Adept at quickly culling, analyzing, and acting on large volumes of information flowing into a rapidly changing environment. Expert at message development and dissemination. Strong cross-cultural group leadership and creative problem-solving skills developed through 20 years of living and working abroad.

An exceptional record of resource management and communications program design, including budget development and execution, tracking performance, and real-time program realignment to meet established goals. Recognized change-agent with in-depth experience building, integrating, and leading successful teams and coalitions. Skilled at cultivating professional contacts, influencing decision-makers and opinion leaders.

Articulate, persuasive, and expressive; skilled multi-cultural communicator. Strong live, on-air presence and presentation, accompanied by polished professional appearance. Served successfully as spokeswoman domestically and abroad.

Experienced image development and reputation management counselor. Able to effectively leverage the full range of communications tools to manage individual or organization reputation. Capable media coach; experienced working with senior level executives to prepare for successful public appearances.

## EDUCATION
Master of Science, Communications Management
Syracuse University, 2000

Bachelor of Arts, Political Science
Princeton University, 1984

162

page 2/3

# PROFESSIONAL EXPERIENCE

## Communications

- As Senior Advisor to the Afghanistan Reconstruction Group, developed comprehensive strategic communications plan, including experts' roundtable with press-roll out; produced multi-media campaign; identified, cultivated and aligned new stake-holders.
- In the Democratic Republic of Congo, promoted democracy in context of political dictatorship to officials and opinion leaders, using full range of grass-roots marketing and communications tools. Declared *personae non grata* by the dictator due to programming success as evidenced by growing public demand for political accountability.
- Served as the Ambassador's principal communications counselor in Maseru and Kinshasa.
- On African embassy bombing crisis task force, drafted press statements, Q&A, and talking points while advising senior leadership on release of information.
- Principal crisis advisor to Consul General during Ayodia riots and Air India crash.
- Designed and implemented "Ethics in Government" campaign for Lesotho's law-makers in support of democratic transition. At request of Parliamentarians provided additional training and information.

## General Management

- Recruited by CNN management for Middle East and Asia news desk during Iraq invasion.
- As Foreign Service Officer, supervised up to 50 staff and managed budgets up to 1.5 million dollars. Identified goals, resource needs, selected and managed personnel and budget; identified and oversaw vendors and service contractors.
- In Democratic Republic of Congo, reinvigorated moribund Public Diplomacy Section through strategic planning, staff training and realignment.
- Directed on-going programs such a Congo-American Language Institute (500+ students); the Fulbright Program; International Visitors program; and led the embassy's consolidation of the United States Information Service into the Department of State.
- Reorganized and realigned Public Affairs Section and instituted good management practices in Lesotho to support additional six months of programming with no budget increase.
- In India, supervised 25-member Immigrant Visa Section and Anti-fraud Unit to produce 400+ visas daily, while accounting for cash receipts in excess of $5 million dollars annually. Oversaw professional development of 6 Junior Officers in their first assignment.
- Planned and managed overseas visits of Secretary of State James A. Baker by directing full embassy staff in preparing all aspects of the official visit.
- Selected to organize historic first visit of Secretary of State to Mongolia where poor infrastructure required highly developed problem solving skills.

## Strategic Planning

- Designed and conducted comprehensive SWOT analysis of Afghanistan Reconstruction Group. Analyzed SWOT findings and drafted comprehensive report.
- Develop recommendations for Afghan Reconstruction Group on strategy for stabilizing, institutionalizing, and raising visibility of the new unit.
- Developed strategic and tactical plans for 2006 UN Secretary General candidate Ashraf Ghani's bid for election.
- At the Department of State, developed and led Public Affairs senior executive retreat to create new strategic framework; analyzed findings; designed and implemented comprehensive strategic change-plan.
- Asked by Public Affairs Bureau senior executives to lead bureau-wide reorganization.

Page 3/3

## Media Relations

> - Counseled Special IG through negative press campaign. Managed press coverage and served as spokeswoman during on-going investigation of SIGIR senior management.
> - Developed and produced film clip on Afghanistan Reconstruction Group as part of strategic plan to raise awareness of new unit.
> - Delivered live network news reports from Baghdad for CNN's *Wolf Blitzer* and *On the Story* during immediate post-conflict phase of Iraq War.
> - Selected for single annual position in CNN's Correspondent Development Program.
> - In Democratic Republic of Congo and Lesotho served as U.S. government spokeswoman.
> - Managed 150 international journalists for Vice President Gore's "Anti-Corruption Conference," attended by 50 heads of state and foreign ministers.
> - Led State Department's media relations for the "Holocaust-Era Assets Conference."

# PROFESSIONAL HISTORY

**Assistant IG for Public Affairs**  January 2007 – Present
Special Inspector General for  Washington, DC
  Iraq Reconstruction

**Senior Strategic Communications Advisor**  January 2006 – January 2007
U.S. Department of Defense  Washington, DC
Office of the Secretary of Defense
Afghanistan Reconstruction Group

**Correspondent**  September 2002 – June 2005
Cable News Network (CNN)  Atlanta, GA

**Foreign Service Officer**  March 1986 – August 2002
U.S. Department of State

International Assignments:  Washington Assignments:
  Mexico City, Mexico    Public Affairs Bureau
  Bombay, India    Executive Secretariat
  Maseru, Lesotho    Operations Crisis Center
  Kinshasa, DRC    Political-Military Affairs

# AWARDS AND DISTINCTIONS

**National Association of Black Journalists**
  2005  *The Tuskegee Airmen* reporting package nominated for Best Feature.
**State Department Group Superior Honor Awards**
  1998  For crisis communications during African embassy bombings.
  1993  For management, productivity, and crisis management in Bombay.
  1991  For management of Secretary of State visit in advance of Gulf War.
  1990  For Pan Am 103 and Tiananmen Square crisis management.

**LANGUAGES:**  French  Spanish  Turkish


164