# Exhibit 24

# KRISTINE R. BELISLE

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ • 202/255-7030 (cell) • 202/299-9693 (home)

## Profile Summary

## Experience

**Special Inspector General for Iraq Reconstruction**
**Deputy Assistant Inspector General for Public Affairs**         2005 – Present, Washington, DC
- Spokesperson – have appeared in *New York Times, Washington Post, USA Today,* Associated Press articles, Reuters articles, and Hearst Newspapers.
- Manage relations with major media outlets including networks NBC, ABC, CBS, CNN and print media.
- Prepare Inspector General for media appearances.
- Represent SIGIR before Members of Congress, congressional staff and executive branch officials.
- Prepare Inspector General for congressional hearings.

**Belisle Consulting**                                             2004 – 2005, Washington, DC
- Develop and deliver public speaking training to prepare clients for national public speaking and media tours. Clients include MTV's *Real World* and *Road Rules* cast members, nationally acclaimed musician and radio personality, professional athlete, and corporate executives.
- Solicit and negotiate speaking engagements.
- Deliver speeches including on four occasions a keynote speech for the National Young Leaders Council.

**LRG, Inc.**                                                     2004 – 2005, Alexandria, VA
**Senior Director Marketing and Communications**
- Planned and managed 3-day event for an audience of 1000 on behalf of the Department of Labor. Designed and coordinated entertainment events and large general sessions, secured celebrity guests, wrote scripts, scheduled workshops and training, and managed staff.
- Provided administrative oversight for association supported by the Department of Labor. Generated marketing and public relations plan and materials to attract 10,000 new members annually, managed budget, and acted as liaison with client.
- Designed and delivered trainings for clients making public speaking and media appearances. Prepared Jeans Cruz, soldier who captured Saddam Hussein, for the *Today Show*.
- Wrote content for marketing materials on behalf of clients, oversaw production and delivery of multi-media products.
- Acted as congressional liaison on behalf of clients.

**The Points of Light Foundation**                                2000 – 2003, Washington, DC
**Director Development**
- Managed corporate giving and maintained donor relations with Fortune 500 companies. Responsible for 250 companies and 1.2 million dollars.
- Engaged new businesses and prospective donors.
- Planned and managed donor events and programs.

**Director Youth Outreach**
- Coordinated public affairs and media outreach on behalf of programs within the department. Worked with local level media throughout the United States.
- National Spokesperson for Prudential Financial national public affairs program.
    Presented at the International Association for Volunteer Effort conference in Seoul, Korea.
    Delivered keynote speech at New York State Youth Summit Conference in Albany, NY.
    Presented at the Department of Health and Human Services National Youth Summit in DC.
    Presented annually at the National Conference on Community Volunteering and National Service; National Service-Learning Conference; and Search Healthy Communities Conference.

*165*

KRISTINE R. BELISLE                                                                                                   page 2

- Responsible for strategic program development and departmental communications and marketing.
    Engineered and managed national 5-day event to place Prudential Financial national public affairs program at par with competition.
    Created and pursued marketing outreach plan that led to expansion of Prudential program in 3 additional countries and growth rate of 400% in the United States.
    Secured partnerships with national organizations that increased network and generated revenue on behalf of the department.
- Responsible for training and curriculum development.
    Designed layout and wrote segments of leadership curriculum.
    Planned and delivered numerous training events on various topics.
- Oversaw creation of evaluation tools for all programs within the department.
- Managed department staff and 30 off-site consultants.

**Amnesty International**        **Program Coordinator**        **1998 – 2000 Washington, DC**
- Organized 3-day international meeting for over 50 countries and members of the United Nations Office on Human Rights.
- Coordinated Human Rights Service Corps. Replicated program in targeted areas, provided training and technical assistance to volunteers and high school teachers, recruited and managed 60 volunteers, developed curriculum and marketing materials.
- Delivered legislative advocacy trainings.


Volunteer Contributions
**Amnesty International**        **Chair, Human Rights Education Steering Committee  2000- 2005**
- Represent Amnesty at national level at conferences, trainings, and events.
- Draft and direct AIUSA education policy, work with legislative team when addressing Capitol Hill regarding education policy, and research education legislation.
- Establish and implement national education outreach and organizing plans around yearly campaigns and specific issues as chosen by AIUSA.
- Responsible for publication development, includes writing and editing.
    Authored and designed Human Rights Service Learning Curriculum.

**Project PEN**                **1996 – 1997**
- Designed and facilitated leadership development and conflict resolution trainings for local area high school teachers and students.

**Jesuit Volunteer Corps**    **Mathematics Teacher 1994 – 1995**
- Taught middle-school in Newark, NJ.
- Coached team sports and led extra-curricular activities.


Education
**Master of Arts, International Affairs, American University, May 1998**
Major: International Politics
Concentration: Conflict Resolution and International Development

**Bachelor of Arts, University of San Diego, May 1994**
Major: Communication Studies  Minor: International Relations