IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE BURGESS,<br>    Plaintiff,<br><br>v.<br><br>PETE GEREN,<br>    Secretary of the Army,<br>        Defendant. | Civil No. 1:09-cv-763<br>JCC/JFA |

## AGREED ORDER AMENDING CAPTION

Though this civil action was filed against Pete Geren in his official capacity as the Secretary of the Army, the parties agree that pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-16(c), the proper defendant is Stuart W. Bowen, Jr., in his official capacity as the Special Inspector General for Iraq Reconstruction.

WHEREFORE, by agreement of the parties, and for good cause shown, it is hereby ORDERED that the caption in this action be AMENDED to reflect that the proper defendant is:

STUART W. BOWEN, JR.
Special Inspector General for Iraq Reconstruction

All further filings with this Court should contain a caption that reflects Mr. Bowen as the sole defendant in this action.

So **ORDERED**.

2/12/10

/s/
James C. Cacheris
United States District Judge
JAMES C. CACHERIS
Senior United States District Judge

WE ASK FOR THIS:

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

_/s/ Kevin J. Mikolashek_
KEVIN J. MIKOLASHEK
YIRIS CORNWALL
Assistant United States Attorneys
UNITED STATES ATTORNEY'S OFFICE
Justin W. Williams United States
      Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3809
Facsimile: (703) 299-3983
kevin.mikolashek@usdoj.gov
yiris.cornwall@usdoj.gov

*Counsel for Defendant*

Dated: 2/4/2010

_/s/ Catherine Cockerham_
CATHERINE COCKERHAM
Harry Lee*
Michael J. Baratz*
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: 202.429.3000
Fax: 202.429.3902
hlee@steptoe.com
mbaratz@steptoe.com
ccockerham@steptoe.com

Susan E. Huhta*
Emily B. Read*
THE WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN AFFAIRS
11 Dupont Circle, NW Suite 400
Washington, DC 20036
Tel: 202.319.1000
Fax: 202.319.1010
susan_huhta@washlaw.org
emily_read@washlaw.org
* Admitted *pro hac vice*

*Counsel for Plaintiff*

Dated: 2/3/10