**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| DENISE BURGESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.   1:09-cv-763 |
| ) | JCC/JFA |
| ) | |
| STUART W. BOWEN, ) | |
| Special Inspector General for, ) | |
| Iraq Reconstruction, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Stuart W. Bowen, Jr., Special Inspector General for Iraq Reconstruction, by and through the undersigned United States Attorney, respectfully renews his motion for summary judgment. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully Submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

Of Counsel:                By:      /s
                        YIRIS E. CORNWALL
                        Assistant United States Attorney
                        Justin W. Williams United States
                        Attorney's Building
Luis A. Reyes                2100 Jamieson Avenue
General Counsel              Alexandria, Virginia   22314
Special Inspector General    Telephone: (703) 299-3766
for Iraq Reconstruction      Facsimile: (703) 299-3983
400 Army Navy Drive          yiris.cornwall@usdoj.gov
Arlington, Virginia 22202    *Counsel for the Defendant*

        KEVIN J. MIKOLASHEK
        Assistant United States Attorney
        2100 Jamieson Avenue
        Alexandria, Virginia   22314
        Telephone: (703) 299-3809
        Facsimile: (703) 299-3983
        kevin.mikolashek@usdoj.gov
        *Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2010, I will cause the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Catherine Cockerham
    STEPTOE & JOHNSON LLP
    1330 Connecticut Avenue, N.W.
    Washington D.C. 20036-1795

                      /s/
                YIRIS E. CORNWALL
                Assistant United States Attorney
                United States Attorney's Office
                Justin W. Williams United States
                      Attorney's Building
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Telephone: (703) 299-3766
                Facsimile: (703) 299-3983
                yiris.cornwall@usdoj.gov
                *Counsel for the Defendant*

Copy furnished:

Luis A. Reyes
General Counsel
Special Inspector General for Iraq Reconstruction
400 Army Navy Drive
Arlington, Virginia 22202